# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# TALLAHASSEE DIVISION

STEVEN R. DEWITT,

    *Plaintiff*,

v.                                       Case No.: 4:25cv73-MW/MJF

DAVID RUSSEL SULLIVAN, JR.,

    *Defendant*.

_____/

## ORDER ACCEPTING AND ADOPTING REPORT AND RECOMMENDATION

This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation. ECF No. 8. Accordingly, upon consideration, no objections having been filed by the parties,

**IT IS ORDERED:**

The report and recommendation, ECF No. 8, is **accepted and adopted** as this Court's opinion. The Clerk shall enter judgment stating, "Plaintiff's claim arising under 42 U.S.C. § 406 is **DISMISSED**. This Court declines to exercise supplemental jurisdiction over Plaintiff's state-law claim, which is **DISMISSED without prejudice**." The Clerk shall close the file.

**SO ORDERED on July 8, 2025.**

                                                  **s/Mark E. Walker          **
                                                  **United States District Judge**